■ In the Matter of RALPH M. MOHR, as Commissioner of Board of Elections of County of Erie, et al., Appellants, v LAURENCE F. ADAMCZYK, as Commissioner of Board of Elections of County of Erie, et al., Respondents, et al., Respondents. (Appeal No. 2.) [667 NYS2d 959] —Appeal unanimously dismissed without costs (*see, Empire Ins. Co. v Food City*, 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Reargument.) Present—Pine, J. P., Lawton, Callahan, Doerr and Balio, JJ. (Filed Oct. 30, 1997.)